IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TALIB MUJAHID**                                                                                           **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 1:22-cv-00205-TBM-RPM

**JULIA ROBERTS, Associate Warden**                                           **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED AND ADJUDGED**, this the 10th day of November, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE